461 A.2d 888

Easter v. Jones, Appellant.

 Argued January 6, 1983. Geoffry F. Walsh, for appellant; Jonathan Dryer, for appellee.

Before SPAETH, BECK and JOHNSON, JJ.

The order dated January 22, 1981 is affirmed.